**Nicholas WIGGS, Plaintiff–Appellant**

v.

**HOME DEPOT USA INC., doing business as The Home Depot, Defendant–Appellee.**

**No. 10–10683.**

United States Court of Appeals, Fifth Circuit.

May 12, 2011.

Kirk Louis Pittard, Durham & Pittard, L.L.P., Dallas, TX, James McKay Suggs, Jr., Suggs Law Firm, Irving, TX, for Plaintiff–Appellant.

Arthur Kittredge Smith, Esq., Law Offices of Arthur K. Smith, Allen, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and KING and BARKSDALE, Circuit Judges.

PER CURIAM: *

This court has considered this appeal on the basis of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.